**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1185

RONALD HOWARD BRODT,

Plaintiff - Appellant,

versus

STATE OF MARYLAND; HARFORD COUNTY; PAM ARNEY,
in her official and private capacity; MARIKA
KREJCI, in her official and private capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge.
(1:06-cv-02331-AMD)

Submitted:  July 27, 2007          Decided:  August 14, 2007

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ronald Howard Brodt, Appellant Pro Se. Cynthia G. Peltzman,
Assistant Attorney General, Baltimore, Maryland; Carl N. Zacarias,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland;
Sean Patrick Carven, Karen June Kruger, HARFORD COUNTY DEPARTMENT
OF LAW, Bel Air, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Howard Brodt appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Brodt v. Maryland</u>, No. 1:06-cv-02331-AMD (D. Md. Jan. 29, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>